## 71320. BUTLER v. THE STATE.
(353 SE2d 855)

BANKE, Presiding Judge.

It appearing that the prior decision of this court in this case, see *Butler v. State*, 178 Ga. App. 110 (342 SE2d 338) (1986), has been reversed by the Georgia Supreme Court, see *State v. Butler*, 256 Ga. 448 (349 SE2d 684) (1986), said prior decision is vacated, and, in accordance with the judgment of the Supreme Court, the judgment of the trial court is hereby affirmed.

*Judgment affirmed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Carley, Sognier, Pope, Benham, and Beasley, JJ., concur.*

DECIDED JANUARY 23, 1987.

*Thomas C. Sanders*, for appellant.
*William A. Foster III, District Attorney, Penny J. Udolf, Christine C. Daniel, Assistant District Attorneys*, for appellee.